IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LEE DALE CARAWAY | § | |
| v. | § | CIVIL ACTION NO. 6:05cv44 |
| JANICE GARRETT | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice because it is barred by the doctrine of res judicata. Rather than file written objections, Plaintiff filed two motions for leave to file supplemental complaints (docket #12 and docket #14). Plaintiff's motions discuss the facts of this case and will be construed as objections to the Report and Recommendation.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** with prejudice.   All motions not previously ruled on are **DENIED**.

**SIGNED this 19th day of April, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE